**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IBEW LOCAL UNION 320, AFL-CIO,

                Petitioner,                              22 **CIVIL** 3457 (KMK)

    -against-                                              **JUDGMENT**

ROSETON GENERATING LLC, and
CASTLETON COMMODITIES LLC,
                       Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 23, 2022, the Court has confirmed the Award, but has denied the request for attorney fees, costs, and expenses incurred in confirming the Award. Judgment is entered for Petitioner; accordingly, the case is closed.

**Dated**: New York, New York
         November 23, 2022

                                                                         **RUBY J. KRAJICK**

                                                                         **Clerk of Court**
                              **BY:**               K. Mango

                                                                         **Deputy Clerk**